UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| HOTARD COACHES, INC., AND<br>NEW HAMPSHIRE INSURANCE<br>COMPANY | * * * * | CIVIL ACTION NO.<br>3:11-cv-00488-BAJ-CN |
| VERSUS | * * | JUDGE: BRIAN A. JACKSON |
| CATERPILLAR, INC. MOTOR COACH<br>INDUSTRIES, AND THOMPSON<br>TRACTOR COMPANY, INC. | * * * * | MAGISTRATE JUDGE:<br>DOCIA L. DALBY |

**<u>Motor Coach Industries, Inc.'s Statement of Material Facts as to which MCI Contends there is no Genuine Issue to be Tried in Support of Motion for Summary Judgment</u>**

Defendant, MOTOR COACH INDUSTRIES, INC. submits that the following material facts in support of its Motion for Summary Judgment are not at issue in this matter:

1. On August 28, 2008, Hotard ordered three new motor coaches from MCI, including the subject D4505 motor coach (VIN 1M86DMFA48P058560) ("the Coach"), equipped with a Caterpillar CAT 410 hp Acert C13 engine.[1] MCI and Hotard signed an "Agreement to Purchase" (also referred to herein as the "Contract") (attached as Exhibit A), which established the terms of the purchase. The Contract was the result of an arm's-length transaction between sophisticated business entities.

2. The Contract includes a limited (repair-or-replace-only) warranty for the Coach, and excludes every other warranty, remedy or cause of action with respect to the Coach, including any causes of action based upon strict liability or warranty, and expressly disclaimed any implied warranties.[2]

---

[1] Plaintiffs' Petition for Damages (Doc. 1-2) at 2 ¶ 5 (the Petition refers to the Coach as "Motor Coach 226."); Agreement to Purchase (also referred to herein as the "Contract"), attached as Exhibit "A" to Motion for Summary Judgment, at 1; Coach Delivery Record, attached as Exhibit "B" to Motion for Summary Judgment, at 1.
[2] *See* Exhibit A at 3-5 ¶¶ 12-14.

3. Under the Contract's **"ADDITIONAL EXCLUSIONS/LIMITATIONS OF COVERAGE"** provisions, which specifically exclude liability or coverage for certain items, the Caterpillar engine is "Covered only by engine supplier, 24 months."[3] The Contract's "Coach Specification" section describes the engine supplier's (Caterpillar Product Services Corporation) warranty coverage for the engine.[4]

4. MCI and Hotard agreed to apply Illinois law (excluding Illinois conflict-of-laws principles) to the construction and interpretation of the Contract.[5]

Respectfully submitted,

**PREIS & ROY**
(A Professional Law Corporation)

/s/ *Matthew S. Green*

**EDWIN G. PREIS, JR. (#10703)**
**MATTHEW S. GREEN (#32148)**
**Preis & Roy**
102 Versailles Blvd., Suite 400
Post Office Drawer 94-C
Lafayette, Louisiana 70509
Telephone:   (337) 237-6062
Facsimile:   (337) 237-9129
Email:       EPreis@preisroy.com
Email:       MGreen@preisroy.com
**Counsel for Defendant**
**MOTOR COACH INDUSTRIES, INC.**

---

[3] *Id.* at 6, "EXHIBIT A" thereto.
[4] *See* Exhibit A at 9, § 4.3.68.2 ("Caterpillar Product Services Corporation Extended Service Plan Coverage ('ESC Plus') and Maintenance Components Package, for New On-Highway Engines, …is provided solely by Caterpillar Product Services Corporation and subject to terms and conditions, provisions and limitations set forth in the Caterpillar Product Services Corporation [ESC] Plus and Maintenance Components Package Contract….MCI's obligation is limited to purchasing the coverage from Caterpillar Product Services Corporation on behalf of Buyer….")
[5] *See id.* at 5 ¶ 17.

**OF COUNSEL:**
Darrell L. Barger
John C. Dacus
Pryce G. Tucker
**Hartline Dacus Barger Dreyer LLP**
6688 N. Central Expressway, Suite 1000
Dallas, Texas 75206
Telephone:   (214) 369-2100
Email:         dbarger@hdbdlaw.com
Email:         jdacus@hdbdlaw.com
Email:         ptucker@hdbdlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of November 2012, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system and all counsel of record have been provided a copy of same by operation of the Court's electronic filing system.


/s / *Matthew S. Green*
**MATTHEW S. GREEN**